UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re: )
)
Danny D. & Lan H. Pham ) Bankruptcy Case No: 14-10495-LSS
) Chapter 13
Debtor(s) )
)

## MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

Dilks & Knopik, LLC, hereinafter called Claimant, who is the assignee to Nationstar Mortgage LLC, Claimant, and respectfully moves the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Claimant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $2,771.55. The Claimant did not receive the funds because: Dividends were not collected by the creditor, Nationstar Mortgage LLC. Nationstar Mortgage LLC has assigned its claim to Dilks & Knopik LLC as evidenced by the attached assignment of claim and the Transfer of Claim filed on 5/4/18 (docket number #62).

2. To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

3. Claimant is aware of the state law requirements for being a personal representative.

4. Claimants current address and phone number are:

   Dilks & Knopik, LLC
   Brian J Dilks - President
   35308 SE Center Street
   Snoqualmie, WA 98065
   425-836-5728
   Last four digits of SS#/Tax ID: 9851

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065-9216.

Respectfully Submitted:

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to
Nationstar Mortgage LLC
35308 SE Center St
Snoqualmie, WA 98065-9216
(425) 836-5728

On <u>May 4, 2018</u> before me, <u>Brian J. Dilks</u> personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Andrew T. Drake, Notary Public
[Seal]        for the State of Washington, County of King
My Commission Expires: September 9, 2019



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:                                                 )
    Danny D. & Lan H. Pham          )    Bankruptcy Case No: 14-10495-LSS
                                                       )    Chapter 13
    Debtor(s)                              )
                                                       )

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on May 4, 2018 the US Attorney for the District of Maryland at Attn: Allen F. Louks 36 S. Charles Street, Baltimore, MD 21201 was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

Nationstar Mortgage LLC
750 State Highway 121 Suite 100
Lewisville, TX 75067

Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216
(425) 836-5728
As assignee to
Nationstar Mortgage LLC

**SUBSCRIBED AND SWORN TO BEFORE ME** this 4 day of May, 2018, in the County of King, State of Washington

Signature of Notary Public - Andrew T. Drake
Date Commission Expires: September 9, 2019