```
                          United States Bankruptcy Court
                               District of Maryland
In re:                                                       Case No. 14-10495-LSS
Danny Dung Pham                                              Chapter 13
Lan Hong Pham
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: jmanderso          Page 1 of 1           Date Rcvd: Jun 29, 2018
                              Form ID: pdfparty        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.
db/db          +Danny Dung Pham,   Lan Hong Pham,   14307 Westmeath Drive,   Laurel, MD 20707-6890

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                 E-mail/Text: cmecf@dilksknopik.com Jun 29 2018 20:15:04     Dilks & Knopik, LLC,
                 c/o Dilks & Knopik, LLC,   35308 SE Center Street,   Snoqualmie, WA 98065-9216
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:
              Marc A. Ominsky    marc@mdlegalfirm.com,   adeal@mdlegalfirm.com,bkcourtmailmd@gmail.com,
               a.mr78701@notify.bestcase.com
              Timothy P. Branigan    cmecf@chapter13maryland.com
                                                                                             TOTAL: 2

Entered: June 29th, 2018
Signed: June 29th, 2018

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **14–10495 – LSS**   Chapter: **13**

**Danny Dung Pham and
Lan Hong Pham**
Debtors

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing Docket No. 65– Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $2771.55 Filed by Dilks & Knopik, LLC filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor
    Attorney for Debtor – Marc A. Ominsky
    Interested Party –
    Case Trustee – Timothy P. Branigan

### End of Order

14x01 (rev. 02/02/2006) – jmanderson